# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**THOMAS C. BEASLEY,**

    **Plaintiff,**

**v.**                                             **Case No: 5:17-cv-549-Oc-02PRL**

**UNITED STATES OF AMERICA**

    **Defendant.**

## ORDER

Plaintiff, proceeding *pro se,* initiated this case by filing a Complaint for Violation of Civil Rights under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346. (Doc. 1). Pending before the Court now is Plaintiff's Motion to Compel. (Doc. 39). Plaintiff's one sentence motion seeks an order compelling the Defendant to send "discovery request from Plaintiff, request for production, numbers 9 through 12, a DVD of evidence footage, along with a clear copy of digital camera picture of Plaintiff's damaged face." (Doc. 39).

On April 2, 2019, a Scheduling Order was entered in this case setting the schedule for completion of discovery and pre-trial procedures. (Doc. 29). The Scheduling Order was amended on June 13, 2019 extending the discovery deadline to August 12, 2019 and ordered that any motions to compel discovery shall be filed on or before August 22, 2019. (Doc. 33). The Scheduling Order further contained specific instructions on what a motion to compel needs to contain:

> The parties are cautioned and reminded of their obligation to comply with Local Rule 3.04, Middle District of Florida (M.D. Fla.), which requires the moving party to state the request, followed by the objection, and then the reason why the motion [to compel] should be granted (i.e., why the answer or response should be provided).

(Doc. 29 at 2).

Accordingly, Plaintiff's motion (Doc. 39) is **DENIED without prejudice** as it fails to comply with Local Rule 3.04.

Also pending is Plaintiff's motion to stay discovery due to him being transferred to another facility. (Doc. 40). As noted, above, the discovery deadline has already been extended from July 2, 2019 to August 12, 2019, due to this pending transfer.[1] Plaintiff alleges that due to this transfer, he does not have his paperwork. (Doc. 40). Rule 6(b) of the Federal Rules of Civil Procedure permits the Court to extend time for good cause if the request is made before the original time expires. In addition, Rule16(b)(4) permits the Court to modify the scheduling order in a case for good cause.

Upon due consideration, because Plaintiff is being transferred Plaintiff's Motion (Doc. 40) is **GRANTED** to the limited extent that the deadlines in the Case Management and Scheduling Order (Doc. 27) as amended by the June 13, 2019 Order (Doc. 33) will be **AMENDED** as follows:

• The discovery deadline is now: **October 1, 2019.** Any motions related to these discovery matters shall be filed by **October 14, 2019.**

• All dispositive motions, such as a motion dismiss or for summary judgment shall be filed by **November 28, 2019**. This deadline is also applicable to the filing of any motions or the raising of any affirmative defenses based on qualified immunity.

**Plaintiff is advised that no further extensions of the discovery period will be granted absent exigent circumstances.**

---

[1] On May 24, 2019, Plaintiff stated that he was being transferred from USP Tucson. (Doc. 32). On June 25, 2019, Plaintiff signed a motion to compel while housed at USP Tucson. (Doc. 36). On August 11, 2019, Plaintiff signed another motion to compel (Doc. 39) and this motion to stay discovery (Doc. 40) while housed at USP Tucson.

Finally, Plaintiff has filed a motion requesting "this Court to reconsider Plaintiff's current, past, and ongoing issues" wherein he challenges the Court's past rulings. (Doc. 41). Upon due consideration, the motion (Doc. 41) is **DENIED**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 16th day of September 2019.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record